TREVOR R. PINCOCK
WSBA #36818
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Chapter 12

Attorneys for Thomas Fitzsimmons

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GARY SLAYBAUGH and CHRISTA SLAYBAUGH,<br><br>Debtors. | NO. 25-00098-FPC12<br><br>Chapter 12<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

To: All Parties in Interest Appearing on the Court's Official Master Mailing List.

PLEASE TAKE NOTICE that Trevor R. Pincock of Lukins & Annis, P.S., enter an appearance for Thomas Fitzsimmons, creditor in the above cause, and request that all further pleadings and papers be served upon this creditor at Lukins & Annis, P.S., at the address above stated.

This creditor also request special notice of all matters which require notice to creditors, creditor's committee, and other parties in interest, and any other documents brought before the Court in this matter.



LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

DATED this 19th day of February, 2025.

LUKINS & ANNIS, P.S.

By______________________________

TREVOR R. PINCOCK
WSBA #36818
Attorneys for Thomas Fitzsimmons



LAW OFFICES OF
LUKINS & ANNIS, PS
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323