TREVOR R. PINCOCK
WSBA #36818
LUKINS & ANNIS, P.S.
1600 Washington Trust Financial Center
717 W Sprague Ave
Spokane, WA 99201-0466
Telephone: (509) 455-9555
Facsimile: (509) 747-2323

Chapter 12

Attorneys for Fitzsimmons 5, LLC and Thomas Fitzsimmons

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GARY SLAYBAUGH and CHRISTA SLAYBAUGH,<br><br>Debtors. | NO. 25-00098-FPC12<br><br>Chapter 12<br><br>**CERTIFICATE OF SERVICE** |

I, SHEANA LOOMIS, states under penalty of perjury of the laws of the United States of America that on the 13th day of August, 2025, I filed Thomas Fitzsimmons's Objection to Ch. 12 Plan of Reorganization (Doc No. 126), and Fitzsimmons 5, LLC's Objection to Ch. 12 Plan of Reorganization (Doc No. 127) electronically through the CM/ECF system, which will send notification of such filings to all registered participants in the CM/ECF system in this case.

In addition, true and correct copies of the filings were mailed to all parties on the attached mailing list.



LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323

SIGNED this 13th day of August, 2025, at Spokane, Washington.

LUKINS & ANNIS, P.S.

By /s/ Sheana Loomis
SHEANA LOOMIS



LAW OFFICES OF
**LUKINS & ANNIS, PS**
A PROFESSIONAL SERVICE CORPORATION
717 W Sprague Ave., Suite 1600
Spokane, WA 99201
Telephone: (509) 455-9555
Fax: (509) 747-2323